952

No. 97–1567. AMERICAN MEDICAL ASSN. *v.* PRACTICE MANAGEMENT INFORMATION CORP. C. A. 9th Cir. Certiorari denied.

No. 97–1578. HOECHST CELANESE CORP. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–1610. BUNKER GROUP, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1618. UNIVERSAL LIFE CHURCH, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1635. GOVERNMENT OF HONDURAS ET AL. *v.* HONDURAS AIRCRAFT REGISTRY, LTD., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1646. NATIONAL ENVIRONMENTAL WASTE CORP. *v.* CITY OF RIVERSIDE; and
No. 97–1810. CITY OF RIVERSIDE *v.* NATIONAL ENVIRONMENTAL WASTE CORP. C. A. 9th Cir. Certiorari denied. Reported below: 129 F. 3d 1052.

No. 97–1686. CAHNMANN *v.* SPRINT CORP. C. A. 7th Cir. Certiorari denied.

No. 97–1693. HADIX ET AL. *v.* MCGINNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1735. RENDISH *v.* CITY OF TACOMA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1742. DORSEY *v.* DORSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1743. COUCH *v.* SPRINT CORP. C. A. 8th Cir. Certiorari denied.

No. 97–1745. BARANDIARAN ET AL. *v.* TCW SPECIAL CREDITS ET AL. C. A. 9th Cir. Certiorari denied.